[No. 33002-1-I.    Division One.    July 18, 1994.]

*In the Matter of the Dependency of* T.E.S.

LANA YILEK, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 90-7-01539-2, Marilyn R. Sellers, J., entered May 25, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 30860-2-I.    Division One.    July 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN J. LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-01346-7, Patricia H. Aitken, J., entered June 26, 1992. *Reversed* and *dismissed* by unpublished opinion per Coleman, J., concurred in by Pekelis, A.C.J., and Scholfield, J.

[No. 31813-6-I.    Division One.    July 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENT ALLAN DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-03333-6, Faith Enyeart, J., entered November 12, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis, A.C.J., and Scholfield, J.

[No. 30632-4-I.    Division One.    July 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN BURGER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-8-00889-1, Charles R. Snyder, J. Pro Tem., entered March 25, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis, A.C.J., and Scholfield, J.